UNITED STATES DISTRICT COURT

Northern District of California

RECEIVED
APR 10 PM 2:15

FILED
APR 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROY FALK

Plaintiff(s),

v.

GENERAL MOTORS CORPORATION

Defendant(s).

CASE NO. C 07-01731 JL

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Kim D. Stephens, an active member in good standing of the bar of the State of Washington whose business address and telephone number (particular court to which applicant is admitted) is

U.S. District Court, Western District of Washington, 700 Stewart Street, Seattle, Washington, 98101, telephone: (206) 370-8400.

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4-11-07

_____
United States Magistrate Judge