LEVY, RAM & OLSON
MICHAEL F. RAM   Bar No. 104805
mfr@lrolaw.com
AMY G. CHEN       Bar No. 245771
achen@lrolaw.com
639 Front Street, Fourth Floor
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Attorneys for Plaintiffs
ROY FALK, LEE KRATZER, and BARBARA McRAE on
behalf of themselves and all others similarly situated

SEDGWICK, DETERT, MORAN & ARNOLD LLP
JACQUELINE M. JAUREGUI  Bar No. 095289
jacqueline.jauregui@sdma.com
AMAND K. MINES  Bar No. 155195
amand.mines@sdma.com
801 South Figueroa Street, 18th Floor
Los Angeles, California 90017-5556
Telephone:   (213) 426-6900
Facsimile:   (213) 426-6921

Attorneys for Defendant
GENERAL MOTORS CORPORATION, a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY FALK, LEE KRATZER and BARBARA McRAE, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS CORPORATION, a Delaware Corporation,<br><br>Defendant. | CASE NO. C 07 1731 WHA<br><br>**STIPULATION TO EXTEND TIME FOR FILING OF DEFENDANT'S REPLY BRIEF RE MOTION TO DISMISS;** ~~[PROPOSED]~~ **ORDER**<br><br>[FILED CONCURRENTLY WITH DECLARATION OF AMAND K. MINES IN SUPPORT OF STIPULATION]<br><br>[LOCAL RULES 6.2(a), 7-12] |

-1-                                        CASE NO. C 07 1731 WHA
STIPULATION TO EXTEND TIME FOR FILING OF DEFENDANT'S REPLY BRIEF RE MOTION TO
DISMISS; [PROPOSED] ORDER

LA/690835v1

**STIPULATION**

1. Pursuant to Local Rules of Court 6-2(a) and 7-12, plaintiffs Roy Falk, Lee Kratzer and Barbara McRae and Defendant General Motors Corporation ("GM"), by and through their respective attorneys, hereby stipulate and agree to a seven day (7-day) extension of time for defendant to file and serve its reply to plaintiffs' opposition to defendant's motion to dismiss. This stipulation will not alter the date of any event or any deadline already fixed by Court order.

2. On May 2, 2007, GM filed a motion to dismiss in response to plaintiffs' complaint. The instant case is one of three putative class actions filed by Plaintiffs' counsel against GM in California, Oregon and Washington. Counsel have agreed to briefing schedules in the other pending cases. For example, in the Washington case, the parties agreed to extend the time for Plaintiffs' opposition and for GM's reply to the motion to dismiss filed in that case.

3. The original hearing date for GM's motion to dismiss was June 13, 2007 before the Hon. James Larson. After GM filed its motion, this matter was transferred to the Hon. William H. Alsup and the court reset the hearing on GM's motion to June 28, 2007. The deadlines under the new hearing date effectively provided plaintiffs approximately one month to file their opposition to GM's motion. Under the current schedule, plaintiffs' opposition to GM's motion is due June 7, 2007. GM's reply is due June 14, 2007. GM seeks one additional week, until June 21, 2007 to file its reply to plaintiffs' forthcoming opposition.

4. GM's request for an additional week for its reply brief is based on two factors. First, GM's reply to the plaintiffs' opposition to the motion to dismiss in the Washington putative class action filed by plaintiffs' counsel is due June 15, 2007, one day after the current reply date in this case. Due to the press of business, GM's counsel cannot effectively brief the replies in both cases at the same time. Second, GM expects plaintiffs' opposition in this case and in the Washington case to be lengthy and involve complex issues. GM therefore needs an additional seven days, until June 21, 2007, to file its reply to plaintiffs' opposition to GM's motion to dismiss. Plaintiffs' have agreed to the requested extension of time. (See the concurrently filed Declaration of Amand K. Mines in support of this stipulation).

5. The current hearing date on GM's motion is June 28, 2007. Accordingly, the requested extension will not impact the current hearing schedule.

6. Pursuant to this stipulation, GM's reply to plaintiffs' opposition to GM's motion to dismiss shall be due on or before **June 21, 2007**.

7. There have been no prior extensions of time for GM's reply. The parties filed a previous extension of time allowing GM a fourteen (14) day extension to respond to plaintiffs' class action complaint.

**IT IS SO AGREED AND STIPULATED.**

DATED: June 4, 2007        LEVY, RAM & OLSON

By: "s/Amy G. Chen"
    Michael F. Ram
    Amy G. Chen
    Attorneys for Plaintiffs
    ROY FALK, LEE KRATZER, and BARBARA McRAE
    on behalf of themselves and all others similarly situated

DATED: June 4, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
    Jacqueline M. Jauregui
    Amand K. Mines
    Attorneys for Defendant
    GENERAL MOTORS CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

The deadline for GM's reply to plaintiffs' opposition to GM's motion to dismiss is hereby extended from June 14, 2007 to ~~June 21, 2007~~. June 19, 2007

DATED: June 5, 2007        _____
                           WILLIAM H. ALSUP
                           UNITED STATES DISTRICT JUDGE

[Stamp: IT IS SO ORDERED / Judge William Alsup / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]