UNITED STATES DISTRICT COURT

Northern District of California

ROY FALK, LEE KRATZER and
BARBARA McRAE, on behalf of
themselves and all others similarly situated

CASE NO. 07-1731-JL WHA

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Plaintiff(s),
v.

GENERAL MOTORS CORPORATION,
a Delaware corporation,

Defendant(s).

Alexander E. Barnett                , an active member in good standing of the bar of

New York and the District of Columbia             whose business address and telephone number

(particular court to which applicant is admitted)

is

1120 Avenue of the Americas, Suite 4019
New York, NY  10036
(212) 362-5770                                                                                                                    ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Roy Falk, Lee Kratzer and Barbara McRae            .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 13, 2007.

United States Magistrate Judge