IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY FALK, LEE KRATZER, and BARBARA McRAE, on behalf of themselves and all other similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS CORPORATION, a Delaware corporation,<br><br>Defendant. | No. C 07-01731 WHA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATED REQUEST TO SHORTEN TIME** |

The Court has received parties' joint stipulation to shorten time to hear defendant's motion for a stay of the proceedings pending transfer to a multi-district litigation. The stipulation to hear this motion on October 4, 2007, is **DENIED**.

The hearing on defendant's motion to stay will be held on **OCTOBER 18, 2007**. Plaintiffs' opposition is due no later than **OCTOBER 1, 2007**. Any reply by defendant is due no later than **OCTOBER 9, 2007**.

**IT IS SO ORDERED.**

Dated: September 24, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE