1  Michael F. Ram (SBN 104805)
   mfr@lrolaw.com
2  Karl Olson (SBN 104760)
   ko@lrolaw.com
3  LEVY, RAM & OLSON
   639 Front Street, Fourth Floor
4  San Francisco, California  94111
   Telephone:  (415) 433-4949
5  Facsimile:  (415) 433-7311

6  Counsel for Plaintiffs ROY FALK,
   LEE KRATZER and BARBARA
7  McRAE, on behalf of themselves
   and all others similarly situated
8
   *Additional Counsel Appear on Signature Page*
9

10                     UNITED STATES DISTRICT COURT
11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  ROY FALK, LEE KRATZER and BARBARA        NO.  1C07-1731-WHA
    McRAE, on behalf of themselves and all others
14  similarly situated, and on behalf of the general
    public,                                   **[PROPOSED]** **ORDER GRANTING**
15                                            **PLAINTIFFS' UNOPPOSED**
                   Plaintiffs,                **MOTION TO CONTINUE**
16                                            **DEADLINE TO FILE CLASS**
         v.                                   **CERTIFICATION MOTION**
17
    GENERAL MOTORS CORPORATION, a
18  Delaware corporation,

19                   Defendant.

20

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26

27

1   The Court has considered plaintiffs' Unopposed Motion to Continue the deadline for

2   plaintiffs to file their class certification motion from December 4, 2007 to January 3, 2008.  For

3   the reasons set forth therein, and as indicated in this Court's October 22, 2007 Order denying

4   General Motors' Motion to Stay proceedings, good cause exists to continue the deadline for

5   plaintiffs to file a class certification motion from December 4, 2007 to January 3, 2008, and IT

6   IS SO ORDERED.

7   DATED: November 26, 2007

8

9   _____

10  The Honorable William H. Alsup

    Judge, United States District Court

11  Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27