1 | Michael F. Ram (SBN 104805)
mfr@lrolaw.com
2 | Karl Olson (SBN 104760)
ko@lrolaw.com
3 | LEVY, RAM & OLSON
639 Front Street, Fourth Floor
4 | San Francisco, California 94111
Telephone: (415) 433-4949
5 | Facsimile: (415) 433-7311

Counsel for Plaintiffs ROY FALK,
LEE KRATZER and BARBARA
McRAE, on behalf of themselves
and all others similarly situated

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY FALK, LEE KRATZER and BARBARA McRAE, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS CORPORATION, a Delaware corporation,<br><br>Defendant. | NO. 1C07-1731-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING MOTION TO CONTINUE DEADLINE TO FILE CLASS CERTIFICATION MOTION** |

IT IS HEREBY STIPULATED by and between the parties that the deadline for plaintiffs to file their Motion for Class Certification, currently January 3, 2008, shall be continued until February 4, 2008, or until 15 days after the Judicial Panel on Multi-District Litigation (MDL panel) rules on defendant General Motors' pending Motion to Consolidate and Transfer these actions to the Western District of Washington, whichever is later. This stipulation is entered into because the MDL panel has not yet ruled on GM's pending motion and because judicial economy would be dis-served if the motion was filed before the MDL

panel has ruled on GM's Motion.  In addition, the parties have reached a settlement in principle of the claims made in this and the pending actions in the Western District of Washington and the District of Oregon, and are in the process of drafting the settlement agreement, proposed class notice and other related settlement documentation.  Plaintiffs contemplate filing a motion for preliminary approval of that settlement pursuant to Federal Rule of Civil Procedure 23 (e) and for provisional certification of a nationwide settlement class in whichever court the MDL panel selects for transfer and consolidation of this action and pending actions in the Western District of Washington and District of Oregon.

Dated:  December 27, 2007

       /s/ *Karl Olson*
Karl Olson
ko@lrolaw.com
LEVY, RAM & OLSON
639 Front Street, Fourth Floor
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

*Counsel for Plaintiffs*

Dated:  December 27, 2007

*/s/ Amand K. Mines [w/permission]*
Amand K. Mines
amand.mines@sdma.com
Sedgwick, Detert, Moran & Arnold
801 South Figueroa Street, 19th Floor
Los Angeles, CA 90017-5556
Telephone:  213-426-6900 (main)
Facsimile:  213-426.6921

*Counsel for Defendant GENERAL MOTORS CORPORATION*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  January 2, 2008

_____
The Honorable William H. Alsup
Judge, United States District Court
Northern District of California

CASE NO. 07-1731-WHA – STIPULATION AND [PROPOSED] ORDER GRANTING MOTION TO CONTINUE DEADLIEN TO FILE CLASS CERTIFICATION MOTION

2

# DECLARATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: December 27, 2007
                               */s/ **Karl Olson***
                               Karl Olson
                               ko@lrolaw.com
                               LEVY, RAM & OLSON
                               639 Front Street, Fourth Floor
                               San Francisco, California 94111
                               Telephone: (415) 433-4949
                               Facsimile: (415) 433-7311

                               *Counsel for Plaintiffs*